**DONE and SIGNED January 10, 2024.**



                                                    /s/ John S. Hodge
                                                    **JOHN S. HODGE**
                                                    **UNITED STATES BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Wilbert Ray Sullivan | : | Case No: 24-10032 |
| | Thea White Sullivan | : | |
| | Debtors | : | Chapter 13 |

## ORDER

     IT IS HEREBY ORDERED that the Debtor's employer listed below deduct the sum of $1,550.00 per month ($357.69 every week) from the above captioned Debtor's take home pay and forward those funds to the Standing Chapter 13 Trustee, Daryl J. Smith, Post Office Box 2218, Memphis Tennessee 38101-2218 on at least a monthly basis until directed to do otherwise, said deductions to begin immediately upon receipt by the employer of a signed copy of this Order.

                                                     **DEBTOR**

**EMPLOYER NAME:**           City of Shreveport

**EMPLOYER ADDRESS:**     Attn: Payroll Dept.
                                      P.O. Box 31109
                                      Shreveport, LA 71130-1109

                                                ###

This order was prepared and is being submitted by:
Keith M. Welch, LA Bar #13347
4700 Line Avenue, Suite 200
Shreveport, LA 71106
318-868-2600
ATTORNEY FOR DEBTOR(S)

United States Bankruptcy Court
Western District of Louisiana

| | |
|---|---|
| In re: | Case No. 24-10032-JSH |
| Wilbert Ray Sullivan | Chapter 13 |
| Thea White Sullivan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0536-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 11, 2024 | Form ID: pdf8 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilbert Ray Sullivan, Thea White Sullivan, 8908 Sweetbriar Lane, Shreveport, LA 71118-2727 |
| | | City of Shreveport, Attn: Payroll Dept., P.O. Box 31109, Shreveport, LA 71130-1109 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daryl J. Smith | ecf@shrevech13.com |
| Keith M. Welch | on behalf of Joint Debtor Thea White Sullivan keithw@simonfitzgerald.com smiller@simonfitzgerald.com;nmurphy@simonfitzgerald.com;keith@ecf.inforuptcy.com;debbie@simonfitzgerald.com;simonfitzgeraldllc@jubileebk.net |
| Keith M. Welch | on behalf of Debtor Wilbert Ray Sullivan keithw@simonfitzgerald.com smiller@simonfitzgerald.com;nmurphy@simonfitzgerald.com;keith@ecf.inforuptcy.com;debbie@simonfitzgerald.com;simonfitzgeraldllc@jubileebk.net |
| Office of U. S. Trustee | |

USTPRegion05.SH.ECF@usdoj.gov

TOTAL: 4